**United States Court of Appeals**
**FOR THE EIGHTH CIRCUIT**

_____

No. 97-3458WA

_____

| | | |
|---|---|---|
| Richard Stephenson Jarrett, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the Western |
| | * | District of Arkansas. |
| Charles Kelly; Stephen Cox; Brian | * | |
| Fuller; Brandon McCaslin; Gary | * | [UNPUBLISHED] |
| Grimes; Jim Rush, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted:  April 30, 1998
Filed:  May 5, 1998

_____

Before FAGG, BEAM, and HANSEN, Circuit Judges.

_____

PER CURIAM.

        Richard Stephenson Jarrett appeals the district court's denial of Jarrett's motion for a new trial in his civil rights suit.  Having carefully reviewed the record and the parties' briefs, we conclude the district court did not abuse its discretion.  See McKnight ex rel. Ludwig v. Johnson Controls, Inc., 36 F.3d 1396, 1400 (8th Cir. 1994) (standard of review).  We affirm the district court.  See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.